305 So.2d 386

**In re Larry Hudson SWEAT**

v.

**STATE.**

**Ex parte Larry Hudson Sweat.**

**SC 1088.**

Supreme Court of Alabama.

Dec. 19, 1974.

Myron K. Allenstein, Gadsden, for petitioner.

No brief for the State.

MADDOX, Justice.

Petition of Larry Hudson Sweat for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Sweat v. State, 305 So.2d 386 (Ala., 7 Div. 277).

Writ denied.

HEFLIN, C. J., and MERRILL, HARWOOD and FAULKNER, JJ., concur.

307 So.2d 24

**In re Alan Ivan TICHANSKY**

v.

**Susan O. TICHANSKY.**

**Ex parte Alan Ivan Tichansky.**

**SC 1102.**

Supreme Court of Alabama,

Jan. 23, 1975.

B. G. Minisman, Jr., and R. Clifford Fulford, Birmingham, for petitioner.

No brief for respondent.

MADDOX, Justice.

Petition of Alan Ivan Tichansky for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in Tichansky v. Tichansky, 54 Ala.App. 209, 307 So.2d 21.

Writ denied.

HEFLIN, C. J., and COLEMAN, HARWOOD and McCALL, JJ., concur.